# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.             Case No. 1:05-cr-113-1

**Clarence Remble**

## CRIMINAL MINUTES - *Sentencing*

*(10:09 - 11:51)*

U.S. ATTORNEYS PRESENT: _Kenneth Parker & Timothy Oakley_

COUNSEL FOR DEFENDANT: _Martin Pinales & Candace Crouse_

PROBATION OFFICER: _Laura Jensen_

Waiver of Indictment filed _____ INFORMATION filed _____

Defendant waives reading of: Indictment _____ Information _____

Statement of Agent _____

Defendant ~~pleads~~ FOUND GUILTY _By Jury: Count I's_

        **NOT GUILTY**_____

        **NOLO CONTENDERE**_____

Plea *preliminarily* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____ ✓

Defendant in custody pursuant to pretrial detention order ___✓___

An appeal of sentence to be filed by Clerk of Court ___✓___

Defendant does not desire an appeal to be filed by the Clerk at this time _____

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

REMARKS: (10:09-10:32 — Conference in Chambers, left/off the record) Δ's objections: 1) obstruction enhancement — DENIED; 2) lack of return of Co-Δs — Moot; 3) drug quantity — DENIED; 4) enhancement for leadership role — DENIED; 5) Criminal history calculation — DENIED.

SENTENCE: Life imprisonment followed by 5 years supervised release
$100,000 fine — no interest
$100 assessment
Forfeiture

The Court will recommend incarceration closest to southern California
— Separation Order to remain in effect

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Chief Judge

**Deputy Clerk:** Mary Brown

**Court Reporter:** Mary Ann Ranz (Official)

**Date:** Thursday, January 18, 2007

2