Case: 1:05-cr-00113-SSB Doc #: 932 Filed: 07/27/15 Page: 1 of 1  PAGEID #: 5375

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
### SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| United States of America <br> v. <br> **CLARENCE REMBLE** <br><br> Date of Original Judgment: 12/01/2010 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Case No: 1:05-CR-113-001 <br> ) USM No: 32120-112 <br> ) <br> ) Gordon G. Hobson, Esq. <br> ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __LIFE__ months **is reduced to** __420 MONTHS__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/01/2010__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/27/2015

Effective Date: 11/01/2015
*(if different from order date)*

Judge's signature

Sandra S. Beckwith, Senior Judge
*Printed name and title*