Case No. 16-3998

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

In re: CLARENCE REMBLE

      Movant

   Movant has moved for permission to file a second or successive application for habeas relief in the district court under the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2244. The clerk's office notified the movant on August 31, 2016, that the application was defective, insofar as the requirements of Sixth Circuit Rule 22 were not satisfied. The notice gave the movant a 30 day extension to cure the default(s).

   That extension has now expired and the movant has not cured the default(s) identified in the notice. It is, therefore, ORDERED that this action is dismissed for want of prosecution.

                                  **ENTERED PURSUANT TO RULE 45(a),**
                                  **RULES OF THE SIXTH CIRCUIT**
                                  Deborah S. Hunt, Clerk

Issued: October 26, 2016

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 26, 2016

Mr. Benjamin C. Glassman
Office of the U.S. Attorney
221 E. Fourth Street
Suite 400
Cincinnati, OH 45202

Clarence Remble
U.S.P. Victorville
P.O. Box 3900
Adelanto, CA 92301

        Re: Case No. 16-3998, *In re: Clarence Remble*
           Originating Case No. : 1:14-cv-00586 : 1:05-cr-00113-1

Dear Mr. Remble and Counsel,

  The Court issued the enclosed (Order/Opinion) today in this case.

                Sincerely yours,

                s/Michelle M. Davis
                Case Manager
                Direct Dial No. 513-564-7025

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue