Case No. 23-3402

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CLARENCE REMBLE

    Defendant - Appellant

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by June 16, 2023.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                                                  **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  June 30, 2023

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 06/30/2023.

**Case Name:**   USA v. Clarence Remble
**Case Number:**   23-3402

**Docket Text:**
ORDER filed to dismiss for want of prosecution for appellant's failure to file appellant brief by June 16, 2023. No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Clarence Remble
F.C.I. Williamsburg
P.O. Box 340
Salters, SC 29590

**A copy of this notice will be issued to:**

Mr. Richard W. Nagel
Ms. Mary B. Young