IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | Case No. 1:05-cr-113-1 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Striking Third Motion for |
| Clarence Remble, | : | Compassionate Release |
| | : | |
| Defendant. | : | |

A second Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) was filed *pro se* by Defendant Clarence Remble on January 2, 2024. (Docs. 1025.) On January 31, 2024, the Court appointed attorney Angela J. Glaser to represent Remble on the issue pursuant to General Order 23-04. (Doc. 1028.) The Court set a briefing schedule which included a deadline for Remble's attorney to file a supplemental brief supporting the second Motion for Compassionate Release. (Docs. 1031, 1033.) However, on March 31, 2024 Remble, again acting *pro se*, filed a third Motion for Compassionate Release. (Doc. 1034.)

The Court will not consider the improperly-filed *pro se* third Motion for Compassionate Release. Parties are permitted to "plead and conduct their own cases personally *or* by counsel." 28 U.S.C. § 1654 (emphasis added). This statute allows "a litigant to represent himself pro se or to obtain representation—but not both." *United States v. Rohner*, 634 F. App'x 495, 505 (6th Cir. 2015). Remble is not entitled to make *pro se* filings now that he is represented by competent counsel in this matter. The proper remedy is for the Court to strike or disregard the *pro se* filing. *See United States v. Flowers*, 428 F. App'x 526, 530 (6th Cir. 2011).

Accordingly, the Clerk of Court is **ORDERED** to strike the *pro se* third Motion for Compassionate Release (Doc. 1034).

BY THE COURT:


S/Susan J. Dlott
Susan J. Dlott
United States District Judge